SOTO LAW, PLLC

ANDI
COUNS
White
Mai
445 Hamilto
White P

Riverhead Office
30 West Main Street
Riverhead, NY 11901

494-8031
898-9100
290-4900
tolaw.com

In light of the representations in counsel's letters, the Petition is deemed withdrawn as moot. The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
February 26, 2026

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Flores Torres v. Noem, et al., 7:25-cv-09715-PMH*

Dear Judge Halpern,

This Office represents the Petitioner Francisco Flores Torres ("Petitioner") in the above-referenced action. Counsel writes in response to the Court's Order dated February 25, 2026 (Doc. 11), directing Petitioner to respond to Respondents' letter asserting that the action is moot due to Petitioner's removal. Counsel can confirm that Petitioner has in fact been removed from the United States. In light of this development, Petitioner respectfully withdraws the pending Petition for Writ of Habeas Corpus.

Accordingly, Petitioner respectfully requests that the Court mark this matter withdrawn and close the case. Petitioner thanks the Court for its attention to this matter.

Respectfully submitted,

SOTO LAW, PLLC

*/s/ Andrea C. Soto*

Andrea C. Soto, Esq.

cc via ECF: AUSA Brandon Matthew Waterman